GJERULD OLSEN, Respondent, *v.* THE SINGER MANUFAC-
TURING COMPANY, Defendant, and EDWARD ROCHE,
Appellant.

Reported below, 151 App. Div. 516.
(Submitted April 13, 1914; decided April 21, 1914.)

MOTION for leave to withdraw an appeal from an
order of the Appellate Division of the Supreme Court in
the second judicial department, entered June 7, 1912,
which reversed a judgment in favor of defendant entered
upon an order granting a motion for judgment on the
pleadings.

The motion was made upon the ground that counsel
for appellant considered it doubtful whether the appeal
could succeed.

*Daniel Underhill* for motion.

*Sumner B. Stiles* opposed.

Motion granted upon payment within twenty days of
costs that have accrued to the entry of this order; upon
failure to comply with these terms, the motion is denied,
with ten dollars costs.